**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | Case No.  08MJ8617 |
|                                        ) | |
|        Plaintiff,                      ) | |
|                                        ) | |
| v.                                     ) | **NOTICE OF ATTORNEY APPEARANCE** |
|                                        ) | |
| CARLOS ANDRES ESPINOSA-FABIAN,         ) | |
|                                        ) | |
|        Defendant.                      ) | |
|                                        ) | |
| _____) | |

  Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                   Respectfully submitted,

Dated: July 17, 2008          /s/ Hanni M. Fakhoury
                    HANNI M. FAKHOURY
                    Federal Defenders of San Diego, Inc.
                    e-mail: Hanni_Fakhoury@fd.org
                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

DATED: July 17, 2008        /s/ Hanni M. Fakhoury
                            HANNI M. FAKHOURY
                            e-mail: Hanni_Fakhoury@fd.org

2