

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2569-H |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| CARLOS ANDRES ESPINOSA-FABIAN, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 7, 2008, within the Southern District of California, defendant CARLOS ANDRES ESPINOSA-FABIAN, did knowingly and intentionally import approximately 39.24 kilograms (86.32 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 5, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:Imperial
8/4/08